FORM B5
(10/05)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| Northern District of Illinois (Eastern Div.) | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| AME(Soul) | None Known |

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 1006 W. Armitage Ave. Chicago, IL. 60614 | 1006 W. Armitage Ave. Chicago, IL. 60614 |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Cook | ZIP CODE 60614 | | ZIP CODE |
|---|---|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
(SAME)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7    [ ] Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

TYPE OF DEBTOR
[ ] Individual    [ ] Stockbroker
[ ] Partnership   [ ] Railroad
[X] Corporation   [ ] Health Care Business
[ ] Clearing Bank [ ] Commodity Broker
[ ] Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS    Day Spa and Retail Sales

**VENUE**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE (Check one box)**

[X] Full Filing Fee attached

[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
Received: 06/05/2006
Time: 11:26:43
Debtor: AME (SOUL)
Case: 06-06447    Fee : 299
Chapter: 7  Rec. # : 3150979
Judge: Susan Pierson Sonderby

1:06BK06447-BK001

If a child support creditor or its representative is a petitioner, and if the petitioner files the form, Reform Act of 1994, no fee is required.

Name of Debtor __AME (Soul), INC.__

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| X [signature] | X |
| Jean Stefanski  5/30/06 | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |
| X [signature], President  5-30-06 | X [signature]  30 May 06 |
| Stevens & Associates, P.C. | Stevens & Associates, P.C. |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| 111 W. Jackson BLVD #1400 Chicago, IL. 60604 | 111 W. Jackson BLVD #1400 Address Chicago, IL. 60604 |
| K. Thomas Stevens | Telephone No. (312) 786-2244 |
| X [signature] 5-31-06 | X |
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Heidi Viecelli | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jean Stefanski  60068 1024 Glenlake, Park Ridge, IL | Professional Services Unsecured | $4,749.92 |
| Stevens & Associates  60604 111 W. Jackson BLVD Chicago, IL | Professional Services Unsecured | $8,669.72 |
| Heidi Viecelli  47124 9900 Cross Creek Dr. Greenville IN | Unsecured | $218.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

__X__ continuation sheets attached

In Re: AME (SOUL), INC.

Case No.: _____

[Continuation Sheet 1 of 2]

Petitioner(s) declare under penalties of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _[signature]_<br>Signature of Petitioner or Representative<br><br>Tamara Duckler          5/30/06<br>Name of Petitioner          Date<br><br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X _____<br>Signature of Attorney          Date<br><br>_____<br>Name of Attorney Firm (if any)<br><br><br>Address<br><br>Telephone No. |
| X _[signature]_<br>Signature of Petitioner or Representative<br><br>Chip McDougal          5/31/06<br>Name of Petitioner          Date<br><br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X _____<br>Signature of Attorney          Date<br><br>_____<br>Name of Attorney Firm (if any)<br><br><br>Address<br><br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative<br><br>_____<br>Name of Petitioner          Date<br><br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X _____<br>Signature of Attorney          Date<br><br>_____<br>Name of Attorney Firm (if any)<br><br><br>Address<br><br>Telephone No. |

[Continuation Sheet 2 of 2]

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner<br>Tamara Duckler<br>2709 North Paulina<br>Chicago, Illinois 60614 | Nature of Claim<br>Unsecured | Amount of Claim<br>$2,459.60 |
| Name and Address of Petitioner<br>Chip McDougal<br>3528 South Scoville<br>Berwyn, Illinois 60402 | Nature of Claim<br>Unsecured | Amount of Claim<br>$90.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |